UNITED STATES v. BENZIGER BROS. (Circuit Court of Appeals, Second Circuit. February 8, 1910.) No. 150 (5,272). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 280. D. Frank Lloyd, Deputy Asst. Atty. Gen. (Edwin R. Wakefield, Sp. Atty., of counsel), for the United States. Brown & Gerry (James L. Gerry, of counsel), for appellees. Before LACOMBE and WARD, Circuit Judges.

PER CURIAM. Decision affirmed.

---

UNITED STATES v. LA FETRA. (Circuit Court of Appeals, Second Circuit. March 7, 1910.) No. 149 (5,287). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 297, affirming G. A. 6,757 (T. D. 28,966), in which the Board of General Appraisers reversed the assessment of duty by the collector of customs at the port of New York. D. Frank Lloyd, Asst. Atty. Gen. (Charles Duane Baker, Sp. Atty., of counsel), for the United States. Brooks & Brooks (Frederick W. Brooks, Jr., of counsel), for appellee. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. If this were a case of novel impression, more weight might be given to the argument advanced by the government in support of its contention as to the meaning of the words "single strand." But the question has been several times before the courts, and it appears from examination of the samples X and Y that goods identically like the present importations were before this court when the decision of the Circuit Court in Trefousse v. United States, 144 Fed. 708, was affirmed several years ago. 154 Fed. 1005, 83 C. C. A. 679. A great deal of testimony has been taken in this case as to commercial designation, but it is so conflicting that we agree with the Board and the Circuit Court in the conclusion that it is impossible to deduce therefrom any semblance of uniformity. There is certainly not enough in it to warrant the reversal of the earlier decisions. Decision affirmed.

---

UNITED STATES v. SIMPSON-CRAWFORD CO. (Circuit Court of Appeals, Second Circuit. April 4, 1910.) No. 176 (5,115). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 301, reversing a decision by the Board of United States General Appraisers, G. A. 6,675 (T. D. 28,480), which had affirmed the assessment of duty by the collector of customs at the port of New York. D. Frank Lloyd, Asst. Atty. Gen. (Martin T. Baldwin, Sp. Atty., of counsel), for the United States. Comstock & Washburn (Albert H. Washburn, of counsel), for appellees. Before LACOMBE, COXE, and WARD, Circuit Judges.

PER CURIAM. Decision affirmed.

---

UNITED STATES v. TIFFANY & CO. (Circuit Court of Appeals, Second Circuit. April 4, 1910. On Petition for Rehearing, June 6, 1910.) No. 184 (5,454). Appeal from the Circuit Court of the United States for the Southern District of New York. For decision below, see 172 Fed. 300, affirming a decision by the Board of United States General Appraisers, G. A. 6,864 (T. D. 29,542), which had reversed the assessment of duty by the collector of customs at the port of New York. D. Frank Lloyd, Asst. Atty. Gen. (Charles Duane Baker, Sp. Atty., of counsel), for the United States. Arthur M. King, for appellees. Before WARD, and NOYES, Circuit Judges, and HOLT, District Judge.

PER CURIAM. We come to the same conclusion in this case as in our former decision in Citroen v. U. S., 92 C. C. A. 365, 166 Fed. 693. Judgment affirmed.

On petition for rehearing or for special leave to file a petition for rehearing at a later term of the court, under rule 29 (150 Fed. xxxiv, 79 C. C. A. xxxiv).

PER CURIAM. Petition denied.